UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID L. BERNHARDT, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 20-cv-00860 (APM) |

### ORDER

The court has considered the parties' positions on Plaintiffs' Motion for Preliminary Injunction, ECF No. 15, and hereby denies the Motion. The court issues this Order today to remove any uncertainty about Defendants' ability to take nuisance grizzly bears from the Upper Green River Area Rangeland Project, consistent with the 2019 Biological Opinion and Incidental Take Statement, when the permitted cattle drive is expected to commence on June 14, 2020. The court's Memorandum Opinion providing the reasons for its decision will issue the week of June 15, 2020.

Dated: June 12, 2020

Amit P. Mehta
United States District Court Judge