# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN WATERSEDS PROJECT, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:20-cv-860 |
| | ) |
| DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*, | ) |
| | ) |
| *Federal Defendants*, | ) |
| | ) |
| STATE OF WYOMING, | ) |
| | ) |
| *Defendant-Intervenor,* | ) |
| | ) |
| and | ) |
| | ) |
| UPPER GREEN RIVER CATTLE, ASSOCIATION*, et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |
| | ) |
| | ) |

## ORDER

Pending before this court is a motion from Federal Defendants to consolidate this case with *Center for Biological Diversity and Sierra Club v. Bernhardt, et al.*, No. 1:20-cv-855 (D.D.C.). Upon consideration of the relevant papers, evidence, and arguments, it is ORDERED that:

(1) Case Nos. 20-860 and 20-855 are CONSOLIDATED;

(2) All filings in these consolidated cases shall be made only in the first-filed case, No. 20-855; and

(3) The Clerk is directed to administratively close No. 20-860.

SO ORDERED.

DATED: ____, 2020

_____

Hon. Amit Mehta
United States District Judge